# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| TK Holdings, INC., et al. | ) | Bankruptcy Case No. 17-11375-BLS |
| | ) | Bankr. BAP No. 23-00037 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| DINA GONZALES, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-738-RGA |
| | ) | |
| ERIC D. GREEN, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **18th day of August, 2023**.

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties do not jointly agree that their disputes here can be resolved through mediation and, upon review, the Court determines that mediation would not be an appropriate use of Court resources at this time;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue

1

an order withdrawing the matter from mediation.  The parties should address any request for entry of a briefing schedule (the contours of which they do not agree on) to the assigned District Judge in this matter.

                                                   _____
                                                   Christopher J. Burke
                                                   UNITED STATES MAGISTRATE JUDGE