FILED
SEP 05 2023
US DISTRICT COURT
DISTRICT OF DELAWARE

DINA GONZALES, in PRO SE
8355 Station Village Lane,
Unit 4406
San Diego, CA 92108
Telephone: (619) 709-7400
E-mail: dina-csr@msn.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TK HOLDINGS, INC., et al.,<br><br>DEBTORS. | ) Case No. 17-11375 (BLS)<br>) Chapter: 11<br>)<br>) Civil Action No. 1:23-cv-00738-RGA<br>) Bankruptcy BAP No. 23-37<br>)<br>) (Jointly Administered)<br>)<br>) **REQUEST FOR THREE-JUDGE DISTRICT COURT PANEL AND NOTICE OF MOTION FOR EXTENSION OF TIME** |

**COMES NOW, APPELLANT, DINA GONZALES,** who hereby moves the District Court of Delaware, and is requesting a three-judge panel in this case. This request is made pursuant to Local Rule 9.2.

APPELLANT is also requesting an extension of time to file her Opening Brief regarding Document No. 8 received by Ms. Gonzales by U.S. First Class Mail on August 30, 2023.

Appellant was not timely served with the briefing schedule, as it took nine days to reach San

Diego, California. Moreover, there was no Certificate of Service enclosed.

Furthermore, Appellant also requested an alternate briefing schedule in her correspondence dated July 31, 2023, to Magistrate Burke.

At this time, Appellant is requesting the Court extend the due date by 10 to 12 additional days, and respectfully requests the attached Order be granted by this Court.

DATED: 8-30-23

Dina Gonzales, Appellant

* * *

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of August, 2023, at San Diego, California.

Dina Gonzales
Dina Gonzales, Appellant

**CERTIFICATE OF PROOF OF SERVICE**

This Request for a Three-Judge District Court Panel and Notice of Motion for Extension of Time has been mailed via USPS Priority Mail to: (i) The United States District Court for the District of Delaware; (ii) The United States Bankruptcy Court for the District of Delaware; and via USPS Priority Mail to: (iii) Stanley B. Tarr, Esq., Blank Rome, LLP.

A full and complete list of the entities and/or attorneys being served is listed below as follows:

**VIA UNITED STATES POSTAL SERVICE PRIORITY MAIL:**

Clerk's Office (Filing)
United States District Court
District of Delaware
844 North King Street, Unit 18
Wilmington, Delaware 19801-3570

Clerk's Office (Filing)
United States Bankruptcy Court
District of Delaware
824 Market Street North, 3rd Fl.
Wilmington, Delaware 19801

**VIA UNITED STATES POSTAL SERVICE PRIORITY MAIL:**

Stanley B. Tarr, Esq.
BLANK ROME, LLP.
1201 N. Market St., Ste 800
Wilmington, Delaware 19801

/ / / /

/ / / /

/ / / /


PRESS FIRMLY TO SEAL
PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED
UNITED STATES POSTAL SERVICE
Retail
P
US POSTAGE PAID
$9.65
Origin: 92101
08/31/23
0567300101-63
PRIORITY MAIL®
0 Lb 3.60 Oz
RDC 01
EXPECTED DELIVERY DAY: 09/02/23
C012
SHIP TO:
844 N KING ST
UNIT 18
WILMINGTON DE 19801-3519
USPS TRACKING® #
9505 5152 0300 3243 6070 26
OD: 12 1/2 x 9 1/2
USPS.COM/PICKUP
PRIORITY MAIL
UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE
FROM:
Dina Gonzales
8355 Station Village Lane
Unit 4406
San Diego, CA 92108
FILED
SEP 05 2023
US DISTRICT COURT
DISTRICT OF DELAWARE
TO:
United States District Court
District of Delaware
844 North King Street, Unit 18
Wilmington, Delaware 19801-3570
Label 228, March 2016
FOR DOMESTIC AND INTERNATIONAL USE
This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.