IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| TK HOLDINGS, INC., et al., | : | Bankruptcy Case No. 17-11375-BLS |
| Debtors. | : | |
| DINA GONZALES, | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 23-738-RGA |
| ERIC D. GREEN, | : | |
| Appellee. | : | |

**ORDER**

WHEREAS, Appellant has file a request for and extension of time to file her Reply Brief (D.I. 19);

NOW THEREFORE, IT IS HEREBY ORDERED that, the request for an extension of time (D.I. 19) is GRANTED.  Appellant shall file her Reply Brief by **December 22, 2023**.

November 28, 2023
  DATE

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE